JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AVIVA GOLDSTEIN; ZALMAN GOLDSTEIN,<br><br>                    Plaintiffs,<br><br>          vs.<br><br>GRANT & WEBER, INC., and DOES 1 through 10, inclusive<br>                    Defendant. | ) CASE NO. CV 12-09018 MMM (VBKx)<br>)<br>)<br>) JUDGMENT FOR PLAINTIFFS<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

On April 25, 2013, plaintiffs Aviva and Zalman filed a motion for default judgment against defendant Grant & Weber, Inc. On June 28, 2013, the court granted plaintiffs' motion. Accordingly,

IT IS ORDERED AND ADJUDGED

1. That plaintiff Aviva Goldstein recover from Grant & Weber a total of $1,000 in statutory damages. This sum shall bear post-judgment interest at the rate of .14 percent;

2. That plaintiff Zalman Goldstein recover from Grant & Weber a total of $2,000 in statutory and actual damages. This sum shall bear post-judgment interest at the rate of .14 percent;

3. That plaintiffs jointly recover $918.86 in attorneys' fees and costs. This sum shall

1        bear post-judgment interest at the rate of .14 percent; and

2    4.    That the action be, and it hereby is, dismissed.

4  DATED: June 28, 2013

                                MARGARET M. MORROW
                                UNITED STATES DISTRICT JUDGE